Form 210[OSC for Lack of Prosecution]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

| In re: | Case No. 18−29141 JTM |
|---|---|
| Yuliana Cecilia Flores−Escobar and Kenneth Louis M Flores | Chapter 7 |
| Debtor(s). | |
| Stephen W. Rupp, Plaintiff(s), | |
| v. | Adv. Proc. No. 19−02087 |
| Yuliana Cecilia Flores−Escobar, et al. Defendant(s). | |

## ORDER TO SHOW CAUSE WHY PROCEEDING SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION

The Court hereby orders the parties to show cause why this proceeding should not be dismissed for lack of prosecution. Failure to file a written response by December 4, 2019 shall result in dismissal of this proceeding without further notice or hearing.

Dated and Entered on: November 14, 2019

*JTMarker*

United States Bankruptcy Judge   ()

United States Bankruptcy Court
District of Utah

Rupp,
    Plaintiff

Adv. Proc. No. 19-02087-JTM

Flores-Escobar,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 1088-2    User: mfr    Page 1 of 1    Date Rcvd: Nov 14, 2019
                     Form ID: f210    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2019.
```
dft          +Kenneth Louis M Flores,    3714 S. Highland Dr. #12,    Salt Lake City, UT 84106-3263
pla          +Stephen W. Rupp,    15 West South Temple, Suite 1000,    Salt Lake City, UT 84101-1553
dft          +Yuliana Cecilia Flores-Escobar,    3714 S. Highland Dr. #12,    Salt Lake City, UT 84106-3263
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                            TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2019 at the address(es) listed below:
```
              Matthew K. Broadbent    on behalf of Defendant Kenneth Louis M Flores matt@vannovalegal.com,
               vannova.ecf@gmail.com;broadbentmr74548@notify.bestcase.com;vannovalegal@ecf.courtdrive.com;encore
               resss.inbound@gmail.com;ecfarchive@vannovalegal.com
              Matthew K. Broadbent    on behalf of Defendant Yuliana Cecilia Flores-Escobar
               matt@vannovalegal.com,
               vannova.ecf@gmail.com;broadbentmr74548@notify.bestcase.com;vannovalegal@ecf.courtdrive.com;encore
               resss.inbound@gmail.com;ecfarchive@vannovalegal.com
              Stephen W. Rupp    on behalf of Plaintiff Stephen W. Rupp rupptrustee@mbt-law.com
```
                                                                                              TOTAL: 3