Stephen W. Rupp, #2824
**MCKAY, BURTON & THURMAN, P.C.**
Gateway Tower West
15 West South Temple, Suite 1000
Salt Lake City, Utah 84101
Telephone: (801) 521-4135
Facsimile: (801) 521-4252
E-mail: srupp@mbt-law.com
*Attorneys for Plaintiff Stephen W. Rupp*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>YULIANA CECILIA FLORES-ESCOBAR and KENNETH LOUIS M. FLORES,<br><br>    Debtors. | Bankruptcy No. 18-29141<br>(Chapter 7) |
| STEPHEN W. RUPP, Trustee of the Chapter 7 Bankruptcy Estate of Yuliana Cecilia Flores-Escobar and Kenneth Louis M. Flores,<br><br>    Plaintiff,<br><br>vs.<br><br>YULIANA CECILIA FLORES-ESCOBAR and KENNETH LOUIS M. FLORES,<br><br>    Defendants. | Adversary Proceeding No. 19-02087<br><br>Judge Joel T. Marker<br><br>**FILED ELECTRONICALLY** |

**AFFIDAVIT FOR ENTRY OF DEFAULT CERTIFICATE
AND REQUEST TO ENTER DEFAULT**
_____

1

STATE OF UTAH            )
                         ) :ss.
COUNTY OF SALT LAKE   )

I, Stephen W. Rupp, being first duly sworn, upon oath, depose and say as follows:

1. I am the Trustee of the Chapter 7 bankruptcy estate of Yuliana Cecilia Flores-Escobar and Kenneth Louis M. Flores in bankruptcy case 18-29141.

2. In this adversary proceeding, a copy of the summons and complaint were served on Defendants Yuliana Cecilia Flores-Escobar and Kenneth Louis M. Flores ("Defendants") by first-class mail on August 9, 2019 pursuant to Rule 7004(b)(1) of the Federal Rules of Bankruptcy Procedure. An executed summons is on file with the court. *See* Docket Entry #5 in Adversary Proceeding 19-02087.

3. The summons and complaint were mailed first-class and certified mail to Defendants at the following address: 3078 West Beaver Circle, #4, West Valley City, Utah 84111.

4. Defendants have not answered the complaint or otherwise appeared in this adversary proceeding.

5. The time in which Defendants may appear and answer the complaint has expired.

6. To the best of my knowledge, Defendants are not in military service nor infants nor incompetent persons.

2

7.　　Pursuant to the complaint in this matter, Plaintiff Stephen W. Rupp is entitled to a judgment revoking and denying Defendants a discharge pursuant to 11 U.S.C. §727(a)(3), (4) and (6) of the Bankruptcy Code.

8.　　Pursuant to the complaint in this matter, Plaintiff Stephen W. Rupp is also entitled to a money judgment of no less than $4,480.00.

## **REQUEST TO CLERK TO ENTER DEFAULT CERTIFICATE**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Defendants have failed to answer or otherwise appear in this adversary proceeding. The time for Defendants to appear and/or answer the complaint and/or amended complaint has expired. Therefore, you are requested to enter a default certificate pursuant to Federal Rule of Bankruptcy Procedure 7055.

DATED this 4th day of December, 2019.

**MCKAY, BURTON & THURMAN, P.C.**

　　　／s／　Stephen W. Rupp
Stephen W. Rupp
*Attorneys for Plaintiff Stephen W. Rupp*

**CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)**

I hereby certify that on December 4, 2019, I electronically filed the foregoing **AFFIDAVIT FOR ENTRY OF DEFAULT CERTIFICATE AND REQUEST TO ENTER DEFAULT** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users.

Matthew K. Broadbent    matt@vannovalegal.com, vannova.ecf@gmail.com;broadbentmr74548@notify.bestcase.com;vannovalegal@ecf.courtdrive.com;encoreresss.inbound@gmail.com;ecfarchive@vannovalegal.com

United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

**All other parties entitled to CM-ECF notice in this matter**

**CERTIFICATE OF SERVICE – MAIL, OTHER**

I hereby certify that on December 4, 2019, I caused to be served a true and correct copy of the foregoing **AFFIDAVIT FOR ENTRY OF DEFAULT CERTIFICATE AND REQUEST TO ENTER DEFAULT** to be served as follows:

*Mail Service - By regular first class United States mail, postage fully pre-paid, addressed to:*

**Yuliana Cecilia Flores-Escobar**
3714 S. Highland Dr. #12
Salt Lake City, UT 84106

**Kenneth Louis M Flores**
3714 S. Highland Dr. #12
Salt Lake City, UT 84106                    /s/ Karin Powell